IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED IN
OPEN COURT

MAR 1 2 2014

BY: _____

DARLA F. BOWEN, )
)
    Plaintiff, )
)
vs. ) Case No. CIV-13-443-F
)
EMPIRICA, LLC and GEOSEARCH )
LOGGING, INC., )
)
    Defendants. )

## VERDICT FORM

We, the jury, empaneled and sworn in the above-entitled cause, do, upon our oaths, find as follows:

**PLEASE COMPLETE PART A.**

**PART A**

On the claim of the plaintiff, Darla F. Bowen, against the defendants, Empirica, LLC and Geosearch Logging, Inc., for age discrimination under the Age Discrimination in Employment Act, we, the jury find in favor of (check one):

    ☐ Plaintiff
    ☒ Defendants

COMPLETE PART B AND PART C <u>ONLY</u> IF YOU HAVE FOUND IN FAVOR OF THE PLAINTIFF, DARLA F. BOWEN, ON HER AGE DISCRIMINATION CLAIM IN PART A. IF YOU FOUND IN FAVOR OF THE DEFENDANTS ON THE PLAINTIFF'S CLAIM, HAVE YOUR FOREPERSON SIGN AND DATE THIS FORM BECAUSE YOU HAVE COMPLETED YOUR DELIBERATIONS.

## PART B - COMPENSATORY DAMAGES - WAGES AND EMPLOYEE BENEFITS

Having found in favor of plaintiff, Darla F. Bowen, on her claim of age discrimination under the Age Discrimination in Employment Act, we award plaintiff compensatory damages in the following amount:

$_____.

## PART C - LIQUIDATED DAMAGES

Do you find by a preponderance of the evidence that the decision of the defendants, Empirica, LLC and Geosearch Logging, Inc., to discharge the plaintiff, Darla F. Bowen, because of her age was willful?
(check one):

☐   Yes

☐   No

_3/12/14_  
**DATED**

_Barbara L. Downs_  
**FOREPERSON**

13-0443p013.verdict.wpd